## Commonwealth *v.* Strohl, Appellant.

Submitted December 2, 1974. *Charles J. Hair,* Assistant Public Defender, for appellant; *Howard R. Miller,* Assistant District Attorney, and *George J. Joseph,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Syrek, Appellant.

Submitted November 16, 1974. *Barry P. Tumpson,* for appellant; *Joseph M. Stanichak,* Assistant District Attorney, and *Joseph S. Walko,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.